**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLARENCE CLEVELAND, ) | Case No. CV 08-7983 PA (CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| BEN CURRY (Warden), ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:  March 9, 2011

_____
PERCY ANDERSON
United States District Judge